**Opinion issued June 24, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-01063-CV

————————————

## IN THE MATTER OF K.J., A CHILD

On Appeal from the 313th District Court
Harris County, Texas
Trial Court Case No. 2012-05710J

## MEMORANDUM OPINION

Appellant, K.J., a juvenile, has filed a motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Higley and Brown.